IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-cr-00332-DDD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHELSEA MINJAREZ,

      Defendant.

## NOTICE OF DISPOSITION

      Ms. Chelsea Minjarez, by and through her counsel, Assistant Federal Public Defender Jennifer Beck, hereby notifies this Court that a disposition has been reached in her case with the government. Ms. Minjarez respectfully requests a change of plea hearing for the court to consider the proposed plea agreement.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      s/ Jennifer Beck
      JENNIFER BECK
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Jennifer_Beck@fd.org
      Attorney for Defendant

CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing notice complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, I filed the foregoing **NOTICE OF DISPOSITION** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Cyrus Y. Chung, Assistant United States Attorney
Email: cyrus.chung@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Chelsea Minjarez (via U.S. Mail)

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant